KEB

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Escobedo Escobedo, | No.  CV-26-04891-PHX-DMF |
| Petitioner, | |
| v. | **ORDER** |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241, challenging his present immigration detention.  (Doc. 1.)  Under General Order 26-09, Respondents were directed to respond to the Petition.  (Doc. 4.)  Respondents' response stated, "Respondents do not oppose Petitioner's request for release at this time."  (Doc. 7.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

. . . .

. . . .

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of July, 2026.

_____

Honorable Deborah M. Fine
United States Magistrate Judge